IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMMIE MOORE, #221704, | ) |
| Plaintiff, | ) ) ) |
| v. | )     CIVIL ACTION NO. 2:13cv114-TMH |
| KENNETH JONES, *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER AND OPINION**

On May 22, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. 1915(b)(1)(A) as ordered by this court.

Done this the 20th day of June, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE